UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Blu Dot Design & Manufacturing, Inc., | Court File No. 16-CV-03378-SRN-SER |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Gold Leaf Holding Ltd., D/B/A Rove Concepts, A Canadian corporation, | |
| Defendant. | |

Plaintiff Blu Dot Design & Manufacturing, Inc. hereby dismisses this action <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: October 20, 2016 | s/ Lora M. Friedemann |
| | Lora M. Friedemann (#0259615) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN 55402-1425 |
| | Telephone: 612.492.7000 |
| | |
| | lfriedemann@fredlaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |

59867829_1.DOC