# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Blue Dot Design & Manufacturing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Gold Leaf Holding, Ltd., D/B/A Rove Concepts, a Canadian corporation, <br><br> Defendant. | Civil Case No: 16-cv-03378 (SRN/SER) <br><br> **ORDER** |

Based upon the Plaintiff's Notice of Dismissal [Doc. No. 5].

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

BY THE COURT:

Dated: October 20, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge